# CASE ANNOUNCEMENTS

*September 28, 2009*

[Cite as *09/28/2009 Case Announcements #3*, 2009-Ohio-5085.]

## MOTION AND PROCEDURAL RULINGS

**2009–1685.   State ex rel. Scherach v. Lorain Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition involving an expedited election matter. Upon consideration of motions of Lorain County Democratic

Party and of Patrick D. Riley for leave to intervene,

It is ordered by the court that the motion of Lorain County Democratic Party is denied and the motion of Patrick D. Riley is granted.

PFEIFER, J., would also grant the motion of Lorain County Democratic Party.

# CASE ANNOUNCEMENTS

*September 30, 2009*

[Cite as *09/30/2009 Case Announcements*, 2009-Ohio-5031.]

# MERIT DECISIONS WITHOUT OPINIONS